Judith K. Robenzadeh, Esq (SBN# 305318)
ROBENZADEH LAW, P.C.
324 S. Beverly Drive. #1211
Beverly Hills, CA 90212
Tel: (310) 666-4328
Email: *Judith@robenzlaw.com*

Attorney for Plaintiff
*ANTOINETTE HANSON*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE HANSON,<br><br>Plaintiff,<br><br>vs<br><br>MERRICK BANK CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; DOES 1-10 INCLUSIVE<br><br>Defendants. | Case No.: 2:24-cv-02534-MRA-MRW<br>[*Reassigned to Hon. Monica Ramirez Almadani, Crtm 10B*]<br><br>NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. ONLY<br><br>Complaint Filed: March 28, 2024<br>Trial Date: None |

TO THE COURT AND ALL INTERESTED PARTIES.

PLEASE TAKE NOTICE that Plaintiff ANTOINETTE HANSON has settled with Defendant EXPERIAN INFORMATION SOLUTIONS, INC. The Parties have reached a settlement of this matter, to be formalized in a written settlement agreement within the next 30 days.

/ / /

/ / /

Plaintiff estimates that all settlement matters should be completed within 45 approximately days.

Dated: June 19, 2024    Respectfully submitted,

ROBENZADEH LAW, P.C.

By: /s/ *Judith K. Robenzadeh*
       JUDITH K. ROBENZADEH

*Attorneys for Plaintiff, ANTOINETTE HANSON*