Robenzadeh Law, P.C.
Judith K. Robenzadeh, Esq (SBN# 305318)
324 S. Beverly Drive. #1211
Beverly Hills, CA 90212
310-666-4328 Telephone
Judith@robenzlaw.com

Attorney For Plaintiff
Antoinette Hanson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTOINETTE HANSON** | **Case No:** 2:24-cv-02534-MRA-JC |
| Plaintiff, | **PLAINTIFF ANTOINETTE HANSON'S NOTICE OF SETTLEMENT** |
| v. | |
| **MERRICK BANK CORPORATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; DOES 1-10,** | Complaint Filed: March 28, 2024<br>Trial Date: None Set |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Antoinette Hanson and Defendant Merrick Bank Corporation have reached a settlement in the above-referenced matter. The parties are in the process of finalizing the settlement agreement, which includes the exchange of the agreed-upon consideration. The parties anticipate that a stipulation for dismissal of the entire action with prejudice will be filed within thirty (30) days, upon completion of the settlement terms.

//

//

1    Accordingly, the parties respectfully request that all pending deadlines, hearings, and trial
2    dates be vacated to allow time to finalize and execute the settlement agreement.

DATED: August 26, 2024                Respectfully Submitted, Robenzadeh Law, P.C. by,

/s/ *Judith K. Robenzadeh, Esq.*         .
Judith K. Robenzadeh, Esq. (SBN 305318)
324 S. Beverly Drive, #1211
Beverly Hills, CA 90212
Telephone: 310-666-4328
Email: Judith@Robenzadehlaw.com
**Attorney for Plaintiff Antoinette Hanson**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Sue Kay, declare as follows: I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen (18) years and not a party to this action. My business address is Robenzadeh Law, P.C. Judith K. Robenzadeh, Esq., 324 S. Beverly Drive. #1211 Beverly Hills, CA 90212, 310-666-4328 Telephone.

On August 26, 2024, I electronically filed the foregoing document(s) described as: **PLAINTIFF ANTOINETTE HANSON'S NOTICE OF SETTLEMENT** with the Clerk of the Court for the United States District Court, Central District of California, using the CM/ECF system. The CM/ECF system will send notification of such filing to the following participants:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2024 at Los Angeles, California

/s/ *Sue Kay*
Sue Kay, Paralegal
Robenzadeh La, P.C.
324 Beverly Drive, #1211
Beverly Hills, CA 90212

1

**SERVICE LIST**

| | |
|---|---|
| **Justin Adofina, Esq. & Matt Borello, Esq.**<br>Holland & Knight Holland & Knight LLP<br>400 South Hope Street, 8th Floor Los Angeles, CA 90071<br>Telephone: 213-896-2526<br>Email: justin.adofina@hklaw.com, Matt.Borello@hklaw.com | **Attorneys for Defendant**<br>Merrick Bank Corporation |
| **Kyle Pietrzak, Esq.**<br>Quilling, Selander, Lownds, Winslett & Moser P.C.<br>6900 N Dallas Parkway, Suite 800<br>Plano, TX 75024<br>Telephone: 214-560-5458<br>Facsimile: 214-871-2111<br>Email: kpietrzak@qslwm.com | **Attorneys for Defendant**<br>Trans Union, LLC |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28