JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE HANSON,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK BANK CORPORATION, et al.<br><br>Defendant. | Case No. 2:24-cv-02534-MRA-JC<br><br>Hon. Monica Ramirez Almadani<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS MERRICK BANK CORPORATION AND TRANS UNION LLC** |

Plaintiff Antoinette Hanson and Defendants Merrick Bank Corporation and Trans Union LLC have announced to the Court that all matters in controversy against Merrick Bank Corporation and Trans Union LLC have been resolved.  A Stipulation of Dismissal with Prejudice of Merrick Bank Corporation and Trans Union LLC has been signed and filed with the Court.  Having considered the Stipulation of Dismissal with Prejudice of Merrick Bank Corporation and Trans Union LLC, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Antoinette Hanson against Defendants Merrick Bank

7708246.1

1

Corporation and Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

DATED this 16 day of December 2024.

_____
**HON. MONICA RAMIREZ ALMADANI**
UNITED STATES DISTRICT JUDGE